# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JUAN DIEGO ROJAS-SERRANO,<br><br>　　　　　Defendant. | Case No. 3:09-cr-00041-LRH-CLB<br><br>**ORDER** |

　　　Leave of Court is granted for the filing of the foregoing motion to dismiss pursuant to Fed. R. Crim. P. 48(a); and

　　　IT IS THEREFORE ORDERED that the indictment against JUAN DIEGO ROJAS-SERRANO is hereby DISMISSED.

　　　Dated this 29th day of January, 2024.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

1